IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30021
Summary Calendar
_____

HAROLD LANDRY,

Plaintiff-Appellant,

versus

SEA MAR INC.; ET AL.,

Defendants

SEA MAR INC.; PETSEC ENERGY, INC.

Defendants-Appellees;

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CV-1015
--------------------
September 7, 2001

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Harold Landry appeals from the jury's verdict of no Jones Act liability, no unseaworthiness, and no obligation to pay maintenance and cure in favor of Sea Mar, Inc. (Sea Mar) and the district court's judgment as a matter of law in favor of Petsec Energy, Inc. (Petsec). Landry argues that the evidence supported his claims of negligence, unseaworthiness, and his entitlement to maintenance and cure.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the record reveals that there was ample evidence supporting the jury's verdict and that Landry has not shown that the evidence was so strongly and overwhelmingly in his favor that a reasonable jury could not have arrived at a contrary conclusion.  See Douglas v. DynMcDermott Petroleum Operations, Co., 144 F.3d 364, 369 (5th Cir. 1998).  Nor has Landry shown that the judgment as a matter of law in favor of Petsec was error.

The judgment of the district court dismissing Landry's claims against Sea Mar and Petsec is AFFIRMED.  Sea Mar's motion to strike record excerpts is DENIED.